UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:16CR 85 (JAM) |
| | : | |
| v. | : | VIOLATION: |
| | : | |
| JENNIFER LEWIS | : | 18 U.S.C. Section 1349 (Conspiracy to |
| | : | Commit Mail and Wire Fraud) |

## INFORMATION

The United States Attorney charges:

## COUNT ONE
(Conspiracy to Commit Mail and Wire Fraud)

1. From in or about March 2013 until a date uncertain, in the District of Connecticut and elsewhere, the defendant, JENNIFER LEWIS, willfully and knowingly did combine, conspire, confederate, and agree with others known to the United States Attorney to commit mail and wire fraud, as described in this Information, in violation of Title 18, United States Code, Sections 1341 and 1343.

2. The object and purpose of the conspiracy was for LEWIS and her co-conspirators to enrich themselves by knowingly and willfully devising and intending to devise a scheme to defraud automobile insurance companies (the "victim insurance companies") and to obtain money from these companies by means of materially false and fraudulent pretenses, representations, and promises, and to use the mails and interstate wires in execution of that scheme.

1

United States District Court
District of Connecticut
FILED AT   NEW HAVEN

May 3   2016
Roberta D. Tabora, Clerk
By_____
Deputy Clerk

3. The manner and means by which LEWIS and her co-conspirators sought to accomplish and did accomplish the object and purpose of the conspiracy included the following:

    a. LEWIS and her co-conspirators staged a series of automobile accidents in and around New London County, Connecticut.

    b. After each accident, LEWIS and her co-conspirators filed fraudulent property damage and bodily injury claims with the victim insurance companies.

    c. LEWIS and her co-conspirators collected payouts on the fraudulent claims from the victim insurance companies.

    d. LEWIS and her co-conspirators corresponded with the victim insurance companies about the fraudulent claims via interstate telephone calls, facsimiles, emails, and mailings.

4. In furtherance of the conspiracy, LEWIS engaged in two staged car accidents on or about March 23, 2013, and December 14, 2013.

All in violation of Title 18, United States Code, Section 1349.

UNITED STATES OF AMERICA

*/s/ Deirdre M. Daly*
DEIRDRE M. DALY
UNITED STATES ATTORNEY

*/s/ Avi M. Perry*
AVI M. PERRY
ASSISTANT UNITED STATES ATTORNEY